**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 3, 2009

Clerk, U.S. Bankruptcy Court

RE: Roger E. Dixon Sr
 Bankruptcy Case No.  1-04-05921
 Unclaimed Funds For: Beta Finance
  PO Box 6000
  Crown PT IN 46308

Dear Clerk:

Enclosed herewith please find check No.736006 for $2,693.07 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider
Funds Manager